# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-0026-APG-PAL |
| Plaintiff, | |
| v. | **ORDER RELEASING PASSPORT** |
| ANNETTE HOTCHKINS, | (ECF No. 32) |
| Defendant. | |

Upon review of the defendant's unopposed motion to return passport (ECF No. 32),

IT IS HEREBY ORDERED that the defendant's motion **(ECF No. 32) is GRANTED**. Pretrial Services shall release the defendant's passport to either the defendant or a representative of the Federal Public Defenders office in the District of Nevada.

DATED this 15th day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE